**KAZEROUNI LAW GROUP A.P.C.**
Ross H. Schmierer, Esq. (RS-7215)
3000 Atrium Way, Suite 200
Mount Laurel, New Jersey 08054
Phone: (732) 588-8688
ross@kazlg.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Angela Brown, individually and of behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>ISOLVE RCM LLC d/b/a iSolve RCM,<br><br><br>Defendants. | Case Number: 2:24-cv-00810-CCC-AME<br><br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the Federal Rules of Civil Procedure 41(a)(l)(A)(i), Plaintiff hereby voluntarily dismisses this action *without* prejudice.

Dated: March 6, 2024

SO ORDERED

  s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:   3/7/2024

**KAZEROUNI LAW GROUP, APC**

By:   */s/ Ross H. Schmierer*
      Ross Schmierer, Esq.
      3000 Atrium Way, Suite 200
      Mount Laurel, New Jersey 08054
      Phone: (732) 588-8688
      Fax: (800) 520-5523
      ross@kazlg.com

*Attorneys for Plaintiff*

1