**KAZEROUNI LAW GROUP A.P.C.**
Ross H. Schmierer, Esq. (RS-7215)
3000 Atrium Way, Suite 200
Mount Laurel, New Jersey 08054
Phone: (732) 588-8688
ross@kazlg.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Angela Brown, individually and of behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br><br><br> ISOLVE RCM LLC d/b/a iSolve RCM, <br><br><br> Defendants. | Case Number: 2:24-cv-00810-CCC-AME <br><br><br> **VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to the Federal Rules of Civil Procedure 41(a)(l)(A)(i), Plaintiff hereby voluntarily dismisses this action *with* prejudice as to her individual claims and *without* prejudice as to the claims of the putative class.

Dated: March 13, 2024

SO ORDERED

  s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:  3/14/2024

            **KAZEROUNI LAW GROUP, APC**

            By: */s/ Ross H. Schmierer*
               Ross Schmierer, Esq.
               3000 Atrium Way, Suite 200
               Mount Laurel, New Jersey 08054
               Phone: (732) 588-8688
               Fax: (800) 520-5523
               ross@kazlg.com

            *Attorneys for Plaintiff*